_____ FILED    _____ ENTERED
_____ LODGED    _____ RECEIVED

**JUL -7 2011**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  CR11 0228 JLR

                Plaintiff,    )    CASE NO.

            v.         )    ORDER CONTINUING DETENTION

ABU KHALID ABDUL-LATIF,
  a/k/a JOSEPH ANTHONY DAVIS,

              Defendant.  )

    An Indictment having been returned against the above-named defendant, now therefore

    IT IS ORDERED that detention be continued as previously set.

    DATED this 7th day of July, 2011.

_James P. Door___

UNITED STATES MAGISTRATE JUDGE

ODER CONTINUING DETENTION - PAGE 1