JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 11-228 JLR |
| Plaintiff, | ) | |
| vs. | ) | (~~PROPOSED~~) STIPULATED PROTECTIVE ORDER |
| ABU KHALID ABDUL-LATIF, | ) | |
| Defendant. | ) | |



This matter having come before the Court on a Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following:

**PROTECTIVE ORDER**

The personal information provided by the defense in discovery is deemed Protected Material. As used in this Order, the term "personal information" refers to each witnesses' date of birth, Social Security Number (or other identification information), driver's license number, address, telephone number, employment records, military, social services, medical records, mental health records, school records, and includes records from Washington State Department of Social and Health Services, Washington State Child Protective Services, California Department of Health and Human Services and, Washington State Department of Corrections, and other confidential information.

Possession of Protected Material is limited to the prosecution attorneys of record and members of the prosecution team (namely, legal assistants, paralegals, and investigators) as well as the prosecution's experts and consultants (meaning persons that members of the prosecution team need to consult with regarding the meaning of certain records provided by the defense in discovery). The

(PROPOSED) STIPULATED
PROTECTIVE ORDER
(*Abu Khalid Abdul-Latif*; CR11-228JLR)          1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1 prosecution attorneys of record, the members of the prosecution team and the prosecution's experts
2 and consultants may not share or review the Protected Material in any manner with any other person
3 and shall keep any Protected Material secured whenever the Protected Material is not being used in
4 furtherance of their work in the above-captioned case.

5     If the prosecution team provides copies of the protected material to its experts or consultants,
6 the prosecution team shall ensure that the experts and consultants do not share or review that material
7 with any other person. The prosecution shall provide a copy of this Order to each of its experts and
8 consultants who receive copies of the protected material. The prosecution team shall retrieve all
9 copies of the protected material from its experts and consultants after a verdict has been rendered in
10 this matter.

11     The parties agree that this Protective Order may be modified, as necessary, by filing with the
12 Court a Stipulated Order Modifying the Protective Order.

13     DONE this 19th day of July, 2012.

15 THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

16 Presented by:

17 /s/ Jennifer E. Wellman
Jennifer E. Wellman, WSBA No. 29193
18 Assistant Federal Public Defender

19 /s/ Erik B. Levin
Erik B. Levin, WSBA No. 43954
20 Assistant Federal Public Defender

21 Attorneys for Abu Khalid Abdul-Latif

22 /s/ Todd Greenberg
Asst. United States Attorney
23 by e-mail approval

24 /s/ Michael Dion
Asst. United States Attorney
25 by e-mail approval

26 Attorneys for United States of America

(PROPOSED) STIPULATED
PROTECTIVE ORDER
(Abu Khalid Abdul-Latif; CR11-228JLR)

2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100