The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABU KHALID ABDUL LATIF,<br><br>Defendant. | NO. CR11-228JLR<br><br>PROTECTIVE ORDER |

This matter having come to the Court's attention on the joint request of the parties for the entry of a Protective Order, the Court hereby enters the following PROTECTIVE ORDER:

For purposes of this Protective Order, the referenced "Protected Material" shall consist of FBI Corporate Policy Directive 0423D and Section 19.3 of the Confidential Human Source Policy Implementation Guide.

The United States will make available copies of the Protected Material to counsel for the defendant. Possession of copies of the Protected Material is limited to the attorneys of record, and investigators, paralegals, law clerks, experts, consultants, and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team"). Members of the defense team will not otherwise provide copies of Protected Material to other persons and will not use the Protected Material for any purpose other than in the above-captioned litigation.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

DATED this 27th day of November, 2012.

_____
HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

/s Todd Greenberg
Assistant United States Attorney


/s Jennifer Wellman (per approval)
Counsel for Defendant